EDWIN L. THORNTON, Respondent, *v.* THE CITY OF AUBURN, Appellant.

*Thornton* v. *City of Auburn*, 107 App. Div. 621, affirmed.
(Argued January 15, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 19, 1905, affirming a judgment in favor of plaintiff entered upon

a decision of the court on trial at Special Term in an action to recover for the alleged diversion of water from a stream flowing across plaintiff's land.

*William S. Elder* for appellant.

*Charles F. Lyon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.